ORIGINAL

FILED
JUN 9 2008
U.S. COURT OF
FEDERAL CLAIMS

**Rule 7.1 Disclosure Statement**

Schooley Mitchell Telecom Consultants of Bowie-Fields, LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

By: Eric N. Fields

Eric Fields, Authorized Representative of
Schooley Mitchell Telecom Consultants of
Bowie-Fields, LLC

Date: May 28, 2008

08-420 C