IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCHOOLEY MITCHELL TELECOM CONSULTANTS OF BOWIE-FIELDS LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-420C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Russell A. Shultis, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Russell A. Shultis
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 7020
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-7571
Facsimile: (202) 305-7643
E-mail: Russell.Shultis@usdoj.gov

Dated: June 17, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 17th day of June, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Russell A. Shultis