**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SCHOOLEY MITCHELL TELECOM CONSULTANTS OF BOWIE-FIELDS LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 08-420C** |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S SECOND MOTION FOR AN**
**<u>ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT</u>**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 28 days, to and including Friday, October 10, 2008, within which to submit our response to the complaint. Our response is currently due on Friday, September 12, 2008. This is our second request for an enlargement of time for this purpose. Counsel for plaintiff, Edward V. Gregorowicz, has represented that plaintiff, Schooley Mitchell Telecom Consultants of Bowie-Fields, LLC, opposes our request.

This request is necessary because additional time is needed for the agency involved in this case, the Department of Veterans Affairs ("VA"), to gather the information necessary to prepare its litigation report. The VA has advised us that the process has been delayed because several of the individuals with knowledge regarding the facts of this case have not been able to provide the needed information in a timely way during the last several weeks. As a result, the VA is taking longer than expected to gather the information needed for its litigation report. Because the litigation report is essential for formulating a response to this complaint, undersigned counsel for the Government will be unable to respond to the complaint within the time currently provided.

We anticipate that the additional time sought will allow the VA to complete its litigation report and to submit it to us, and will also enable the undersigned counsel to review the litigation report, to confer with agency counsel, to draft a meaningful response, and to submit it for the required review.

For these reasons, we respectfully request that the Court grant our motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/Russell A. Shultis
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7571
Fax: (202) 307-2503

September 5, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 5th day of September 2008, a copy of foregoing "DEFENDANT'S SECOND MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Russell A. Shultis