# In the United States Court of Federal Claims

**No. 08-420C**
**(Filed: September 8, 2008)**

* * * * * * * * * * * * * * * * *
*
**SCHOOLEY MITCHELL TELECOM CONSULTANTS OF BOWIE-FIELDS LLC,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the defendant's motion, filed September 5, 2008, for a 28-day enlargement of time within which to respond to plaintiff's complaint. Plaintiff opposes the motion. After careful consideration, defendant's motion is **GRANTED**. Defendant's response is due by **Friday, October 10, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge